**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIEGO MANUEL JUAREZ-OVIEDO,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

No. 5:26-cv-1865-MCS (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Opposition to the Petition, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED as moot.

Judgment hereon will be entered on a separate form.

IT IS SO ORDERED.

DATED: September 9, 2026

Mark C. Scarsi

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE